UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, | |
| Plaintiff, | Hon. Garrett E. Brown, Jr. |
| v. | Civil Action No. 07-4166 (GEB) |
| MIGUEL PINTO, MARIA C. PINTO, and ABRAHAM GREGORY PINTO | **ORDER** |
| Defendants. | |

**BROWN, Chief Judge:**

This matter having come before the Court on the motion for default judgment filed by Plaintiff The Prudential Insurance Company of America; and the Court having reviewed the parties' submissions and decided the motion without oral argument pursuant to Federal Rule of Civil Procedure 78; and for the reasons set forth in the accompanying Memorandum Opinion;

IT IS THIS 28th day of April, 2010,

ORDERED that Plaintiff's motion for default judgment (Doc. No. 29) against Defendants Miguel Pinto and Maria C. Pinto is GRANTED.

                                                    S/Garrett E. Brown, Jr.
                                                    Garrett E. Brown, Jr., Chief Judge
                                                    United States District Court